IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

FEB 1 5 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | |
| | ) | CASE NO: 1:23 CR 0082 |
| v. | ) | Title 18, United States Code, |
| DANIELLE ALEXANDER, | ) | Section § 1344 |
| Defendant. | ) | **JUDGE BRENNAN** |

COUNT 1
(Bank Fraud, 18 U.S.C. § 1344)

The First Assistant United States Attorney charges:

That on or about May 5, 2022 through May 6, 2022, in the Northern District of Ohio, Eastern Division, the Defendant, DANIELLE ALEXANDER, knowingly and with an intent to defraud, did execute a scheme or artifice to defraud a financial institution to obtain money, funds or other property owned by or under the control of the financial institution by means of false or fraudulent pretenses, representations, or promises which included material misrepresentations or concealment of a material fact and the financial institution was federally insured.

In violation of Title 18, United States Code, Section 1344.

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By: _____
EDWARD FERAN
Chief, General Crimes Unit